UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Index No.:  25-cv-1412 (JMF)
ISRAEL GARCIA VELEZ and LISA VONGNARATH,

                                    Plaintiff(s),

        -against-                                                                       **NOTICE OF MOTION**
                                                                            **FOR REMAND**

LSL LOGISTICS LLC and CESAR OMAR ORTIZ
ORITZ,

                                    Defendant(s).
-------------------------------------------------------------------X

**SIRS:**

        **PLEASE TAKE NOTICE,** that upon the attached Memorandum of Law in support of this motion and declaration in support of the motion and all supporting exhibits, plaintiffs will move this Court at the U.S Courthouse, 500 Pearl Street, New York, New York on the day and time to be determined by this Court, or as soon as thereafter as counsel can be heard, for an order remanding the matter back to the Court of original jurisdiction, the New York Supreme Court, Bronx County due to defendants' failure to adequately allege diversity jurisdiction.

Dated:  March 14, 2025
          Deer Park, NY

In light of Defendants' Affirmation filed on March 25, 2025, see ECF No. 15, the motion is DENIED.  The Clerk of Court is directed to terminate ECF No. 11.

SO ORDERED.

*/s/ Jesse M. Furman*
March 26, 2025

*/s/ Linda Simmons*
SALERNO & GOLDBERG P.C.
By: Linda Simmons (5269)
Attorney for Plaintiffs
1955 Deer Park Avenue
Deer Park, New York 11729
(631) 482-8888
Email:  Linda@lawteamny.com

1