UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                            :

ISRAEL GARCIA VELEZ, et al.,            :

                                :

                    Plaintiffs,     :

                                :         25-CV-1412 (JMF)

        -v-                      :

                                :           <u>ORDER</u>

LSL LOGISTICS, et al.,                :

                                :

                    Defendants.   :

                                :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's April 11, 2025 Order, ECF No. 19, the parties were required to file a joint letter, the contents of which are described therein, by July 24, 2025. To date, the parties have not filed a letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 1, 2025**.

      SO ORDERED.

Dated: July 29, 2025
      New York, New York                           _____
                                         JESSE M. FURMAN
                                 United States District Judge